No. 8969.   JACKIE BEST, Appellant, v. WILLIS FUNK, Respondent.

219 Pac. (2d) 650.

Decided June 24, 1950.

PER CURIAM.

On motion of Lyman H. Bennett, Jr., Esq. of counsel for respondent, and it appearing that no bond as required by order of this court has been filed, it is ordered that the injunction heretofore issued herein be and the same is hereby vacated and dissolved, and respondent is awarded his costs on such injunction proceedings.

*Rankin & Acher,* Helena, *Charles L. Zimmerman,* Butte, for appellant.

*H. A. Bolinger, Jr.,* Bozeman, *Lyman H. Bennett, Jr.,* Virginia City, for respondent.

No. 8988.   STATE OF MONTANA, upon the Relation of O. E. NOWELLS, Relator, v. DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT, In and For the COUNTY OF MADISON, et al., Respondents.

219 Pac. (2d) 650.

Decided June 24, 1950.

*Mr. Frank E. Blair,* Virginia City, for relator.

PER CURIAM.

It is ordered the petition of the relator for a writ of review or other appropriate writ is denied and the proceedings dismissed.